UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   Claire M. Syms<br>fka Claire M. McLennan<br>fka Claire M. Hoffmaster<br>Debtor<br><br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Chalet Series IV Trust<br>Movant<br>v.<br><br>Claire M. Syms<br>fka Claire M. McLennan<br>fka Claire M. Hoffmaster<br>Christine C. Shubert - Trustee<br>Respondents | CASE NO.: 20-14320-mdc<br><br>CHAPTER 7<br><br>Judge: Magdeline D. Coleman<br><br>Hearing Date:<br>January 6, 2021 at 10:30 am<br><br>Objection Deadline:<br>December 26, 2020 |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

**UPON** consideration of the Application of SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Chalet Series IV Trust, together with any successor and/or assign, ("Movant") dated December 11, 2020 and with good cause appearing therefore, it is

**ORDERED** the automatic stay, heretofore in effect pursuant to 11 U.S.C. § 362(a), is hereby vacated for cause to permit Movant to exercise all rights available to it under applicable law with respect to 1501 West Kings Highway, Gap, PA 17527 ("Property"); and it is further;

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further

**ORDERED** that the Movant shall promptly report to the Chapter 7 Trustee any surplus monies realized by any sale of the Property.

BY THE COURT:

January 6, 2021

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE